**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2235**

In re: DARRELL L. GOSS,

        Petitioner,

On Petitions for Writ of Mandamus.
(2:18-cv-02938-BHH)

Submitted:  January 21, 2020               Decided:  January 23, 2020

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Petitions denied by unpublished per curiam opinion.

Darrell L. Goss, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell L. Goss petitions this court for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2254 (2018) petition. He seeks an order from this court directing the district court to rule on the petition. We find the present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition, the supplemental mandamus petition, and the second supplemental mandamus petition. We grant Goss' motion for leave to file his certificate of service, deny Goss' motions for expedited consideration, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DENIED*